**APPLICANT**     **DAVID JACKSON**          APPLICATION NO. <u>WR-77,884-04</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**DISMISSED, SUBSEQUENT APPLICATION.**  TEX. CODE CRIM. PROC. Art. 11.07, § 4(a)-(c).

_Cheryl Johnson_                                                    3/18/15
**JUDGE**                                                                **DATE**